

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00209-CR

**IN RE** Billy Alejandro **DE SANTIAGO PICHARDO**

Original Proceeding[1]

PER CURIAM

Sitting:　　　Luz Elena D. Chapa, Justice
　　　　　　Irene Rios, Justice
　　　　　　Liza A. Rodriguez, Justice

Delivered and Filed: May 17, 2023

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On March 6, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion to stay the underlying proceeding pending final resolution of the petition for writ of mandamus, which this court granted in part on March 8, 2023.

Relator's mandamus petition argues the trial court failed to rule on his application for writ of habeas corpus and his motion to waive. Relator's motion seeks to waive his required in-person attendance at a March 9, 2023 pretrial hearing.

After relator filed this original proceeding, the trial court denied relator's application for writ of habeas corpus. When the trial court ruled on his application for writ of habeas corpus, relator received the relief he sought through his mandamus petition, rendering his petition moot.

---

[1] This proceeding arises out of Cause No. 10867CR, styled *State of Texas v. Billy Alejandro De Santiago Pichardo*, pending in the County Court, Kinney County, Texas, the Honorable Todd Alexander Blomerth and the Honorable Susan D. Reed presiding.

*See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014) (orig. proceeding) (holding mandamus petition was moot where relator received relief sought). Additionally, because of the stay granted by this court, relator's complaint about his required in-person attendance at the March 9, 2023 pretrial hearing is also moot. *See id.* We, therefore, dismiss relator's petition for writ of mandamus and lift the stay we imposed on March 8, 2023.

PER CURIAM

DO NOT PUBLISH